JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
MURAT Y. ROLLINS





# FILED
**DISTRICT COURT OF GUAM**

FEB - 2 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-04-00012 |
| | ) |
| Plaintiff, | ) STIPULATION TO TERMINATE |
| | ) PROBATION SUPERVISION |
| vs. | ) |
| | ) |
| MURAT Y. ROLLINS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Defendant's term of probation be terminated. The Judgment in this matter filed February

7, 2005, sentenced the Defendant to a term of probation for 18 months. Furthermore, the Judgment

indicated that "if after 11 months of consistent reporting compliance, defense may move to terminate

probation after Defendant's completion of one year probation".

United States Probation Officer Carmen O'Mallan contacted counsel for the

defendant and indicated that Mr. Rollins requested to terminate probation early as outlined in the

Judgment. Mr. Rollins has been working in Iraq and is due to complete his work assignment there. After completion of his work assignment, it is his desire to relocate to Florida.

United States Probation Officer Carmen O'Mallan indicated that Mr. Rollins has complied with the conditions of probation and is in agreement that his probationary period should terminate early.

Therefore, the parties request that this court grant this stipulation and issue an Order terminating Mr. Rollins probationary period.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 31, 2006.

ALEXANDER A. MODABER
Attorney for Defendant
MURAT Y. ROLLINS

JOSEPH TOCK
Attorney for Plaintiff
UNITED STATES OF AMERICA

CARMEN O'MALLAN
U.S. Probation Officer Specialist

2