JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MURAT Y. ROLLINS


FILED
DISTRICT COURT OF GUAM
FEB 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00012 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER GRANTING EARLY |
| ) | TERMINATION OF PROBATION |
| MURAT Y. ROLLINS, ) | |
| Defendant. ) | |

The Stipulation filed on FEBRUARY 2, 2006, is HEREBY APPROVED, and the defendant's term of probation is hereby terminated.

SO ORDERED this 10th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge